01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ 16-189 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| TOMAS MEZA DE LA CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:        Conspiracy to Distribute Heroin

<u>Date of Detention Hearing</u>:    May 2, 2016.

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

        1.        Defendant is reportedly a citizen of Mexico.

DETENTION ORDER
PAGE -1

01        2.      The United States alleges that his presence in this country is illegal.   There is an

02 immigration detainer pending against him.

03        3.      Defendant and his counsel offer no opposition to entry of an order of detention.

04        4.      Upon advice of counsel, defendant declined to be interviewed by Pretrial

05 Services.   Therefore, there is limited information available about him.

06        5.      Defendant poses a risk of nonappearance due to the immigration detainer and

07 lack of verified background information.   Defendant poses a risk of danger due to past criminal

08 record.   There does not appear to be any condition or combination of conditions that will

09 reasonably assure the defendant's appearance at future Court hearings while addressing the

10 danger to other persons or the community.

11 It is therefore ORDERED:

12    1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

13        General for confinement; Defendant shall be afforded reasonable opportunity for

14        private consultation with counsel;

15    2.  On order of the United States or on request of an attorney for the Government, the

16        person in charge of the corrections facility in which defendant is confined shall deliver

17        the defendant to a United States Marshal for the purpose of an appearance in connection

18        with a court proceeding; and

19 / / /

20 / / /

21 / / /

22 / / /

DETENTION ORDER
PAGE -2

01    3.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02        for the defendant, to the United States Marshal, and to the United State Pretrial Services

03        Officer.

04        DATED this 2nd day of May, 2016.

05

06                                                    _____

07                                                    Mary Alice Theiler
                                                      United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3