THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR16-0136 JCC |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| TOMAS MEZA-DE LA CRUZ, et al., | |
| Defendants. | |

Having considered Defendants' unopposed joint motion to continue trial and extend the pretrial motions deadline, (Dkt. No. 43), and the records and files herein, the Court hereby makes the following findings:

1. A significant amount of evidence has been produced in this matter during discovery. (Dkt. No. 43 at 2.)
2. Reviewing this evidence will be unusually time-consuming because Defendants are detained at the Federal Detention Center in Seattle, require a Spanish interpreter, and certain evidence is subject to a protective order. (*Id.*)

The Court finds that a failure to grant a continuance would deny counsel's reasonable need for additional time to properly review and analyze discovery, conduct legal research, complete investigation, advise their clients, and adequately prepare their defenses taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(B)(i), (iv). The Court therefore

finds that the ends of justice will be served by continuing the trial date in this case and that this outweighs the best interests of the Defendants and the public in a more speedy trial. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that Defendants' unopposed joint motion is GRANTED. The trial date in this matter is continued from July 18, 2016 to November 7, 2016 at 9:30 a.m. All pretrial motions shall be filed no later than September 30, 2016.

IT IS FURTHER ORDERED that the period of time from the date of this Order through the new trial date of November 7, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

DATED this 21st day of June 2016.

John C. Coughenour
UNITED STATES DISTRICT JUDGE