THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0136-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TOMAS MEZA-DE LA CRUZ, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the motion to continue trial of codefendants Tomas Meza-De La Cruz, Luis Ramirez-Arredondo, and Ruben Mota-Alvarez (Dkt. No. 73). Codefendant Omar Ortega-Chavez does not join the motion. (*Id.* at 1.) The Court has considered Defendants' unopposed motion for a continuance and finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendants in a speedy trial.

The Court therefore ORDERS that the trial date in this matter is continued from November 7, 2016 to February 13, 2017 at 9:30 a.m. and that pretrial motions shall be filed no later than January 6, 2017.

1    The Court further ORDERS that the period of time from the date of Defendants' motion

2  to continue trial, October 6, 2016, until the new trial date of February 13, 2017, shall be

3  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* Nothing in this order

4  applies to codefendant Omar Ortega-Chavez, who did not join the motion.

5

6

7    DATED this 7th day of October 2016.

8                                              William M. McCool
                                               Clerk of Court
9
                                               s/Paula McNabb
10                                             Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER, CR16-0136-JCC
PAGE - 2