THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>TOMAS MEZA-DE LA CRUZ,<br><br>    Defendant. | No. CR16-0136-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to file Exhibit 3 to Defendant's Sentencing Memorandum (Dkt. No. 123) under seal (Dkt. No. 122), and the Government's motions to file the sentencing memorandum (Dkt. No. 120) and supplemental sentencing memorandum (Dkt. No. 125) under seal. (Dkt. Nos. 119 and 124.) The Court has considered the motions and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Exhibit 3 (Dkt. No. 123) and the Government's sentencing memorandum and supplemental sentencing memorandum (Dkt. Nos. 120 and 125) remain under seal.

//

//

ORDER TO SEAL DOCUMENT
(*Tomas Meza-De La Cruz*, CR16-136JCC) - 1

1       DATED this 7th day of April 2017.

2

3                                                         William M. McCool

4                                                         Clerk of Court

5                                                         /s/Paula McNabb

6                                                         Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26